JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Lisa J. Kohn (SBN 260236)
lkohn@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Susan J. Kohlmann (Pro Hac Vice)
skohlmann@jenner.com
Alison I. Stein (Pro Hac Vice)
astein@jenner.com
Jacob L. Tracer (Pro Hac Vice)
jtracer@jenner.com
Ava U. McAlpin (Pro Hac Vice)
919 Third Avenue
New York, NY  10022
Telephone: (212) 891-1690
Facsimile:  (212) 891-1699

*Counsel for Defendants Waverly Scott Kaffaga, Jean Anderson Boone, David Scott Farber, Anderson Farber King, Jebel Kaffaga, and Bahar Kaffaga*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEINBECK, an individual; and BLAKE SMYLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WAVERLY SCOTT KAFFAGA, an individual; JEAN ANDERSON BOONE, an individual; DAVID SCOTT FARBER, an individual; ANDERSON FARBER KING, an individual; JEBEL KAFFAGA, an individual; BAHAR KAFFAGA, an individual; DRAMATISTS PLAY SERVICE, a New York Corporation; MCINTOSH & OTIS, INC., a New York Corporation; and Does 1-10, inclusive,<br><br>Defendants. | Case No.:  2:14-cv-08681-TJH (FFMx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE ESTATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Hearing Date:   July 27, 2015<br>Hearing Time:   UNDER SUBMISSION<br>Courtroom:      17 – Spring St. |

In support of the Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion to Dismiss") filed by Defendants Waverly Scott Kaffaga, Jean Anderson Boone, David Scott Farber, Anderson Farber King, Jebel Kaffaga, and Bahar Kaffaga (the "Estate Defendants"), the Estate Defendants respectfully request that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

1. A true and correct copy of the Complaint filed in *Thomas Steinbeck and Blake Smyle v. McIntosh & Otis, Inc., et al.*, No. 04 Civ. 5497 (S.D.N.Y.), dated July 14, 2004, which is attached as **Exhibit 1**.

2. A true and correct copy of the Complaint for Declaratory Judgment filed in *Penguin Group (USA) Inc. v. Thomas Steinbeck and Blake Smyle*, No. 04 Civ. 6795 (S.D.N.Y.), dated August 20, 2004, which is attached as **Exhibit 2**.

3. A true and correct copy of the Answer, Affirmative Defenses, and Counterclaims of Defendant and Counterclaim Plaintiff the Estate of Elaine Steinbeck filed in *Thomas Steinbeck and Blake Smyle v. McIntosh & Otis, Inc., et al.*, No. 04 Civ. 5497 (S.D.N.Y.), dated September 30, 2004, which is attached as **Exhibit 3**.

4. A true and correct copy of the Order Certifying Under F.R.C.P. Rule 54(b) filed in *Thomas Steinbeck and Blake Smyle v. McIntosh & Otis, Inc., et al.*, No. 04 Civ. 5497 (S.D.N.Y.), dated August 4, 2006, which is attached as **Exhibit 4**.

5. A true and correct copy of the Notice of Appeal filed in *Thomas Steinbeck and Blake Smyle v. McIntosh & Otis, Inc., et al.*, No. 04 Civ. 5497 (S.D.N.Y.), dated August 4, 2006, which is attached as **Exhibit 5**.

6. A true and correct copy of the Stipulation and Order With Respect to Counterclaims and Intervenor Complaint filed in *Thomas Steinbeck and Blake Smyle v. McIntosh & Otis, Inc., et al.*, No. 04 Civ. 5497 (S.D.N.Y.), dated December 2, 2009, which is attached as **Exhibit 6**.

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court should take judicial notice of the attached federal court filings from the matters *Thomas Steinbeck and Blake Smyle v. McIntosh & Otis, Inc., et al.*, No. 04 Civ.

5497 ("The 2004 Litigation"), and *Penguin Group (USA) Inc. v. Thomas Steinbeck and Blake Smyle*, No. 04 Civ. 6795 ("The Penguin Group Litigation"), which were before the United States District Court for the Southern District of New York. The Estate Defendants ask the Court to take judicial notice of the following documents from The 2004 Litigation, all of which are in the public court file: (a) the Complaint, (b) the Answer, Affirmative Defenses, and Counterclaims of Defendant and Counterclaim Plaintiff the Estate of Elaine Steinbeck, (c) the Order Certifying Under F.R.C.P. Rule 54(b), (d) the Notice of Appeal, and (e) the Stipulation and Order With Respect to Counterclaims and Intervenor Complaint. These documents are attached as Exhibits 1, 3, 4, 5, and 6, respectively. The Estate Defendants also ask the Court to take judicial notice of the Complaint for Declaratory Judgment from The Penguin Group Litigation, which is in the public court file. This document is attached as Exhibit 2.

      Federal Rule of Evidence 201(b) authorizes this Court to take judicial notice of any fact that is "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Under this Rule, the Court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (quoting *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of "pleadings, memoranda, expert reports, etc." from federal litigation in the Eastern District of New York and Second Circuit Court of Appeals); *accord Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of court filings from state court case where same plaintiff asserted similar and related claims).

      Here, as is explained more fully in the Memorandum of Points and Authorities accompanying the Estate Defendants' Motion to Dismiss, the attached documents provide highly relevant background and context regarding the events leading to the filing of and

the claims Plaintiffs assert in this lawsuit.  Plaintiffs Thomas Steinbeck and Blake Smyle were litigants in both The 2004 Litigation and The Penguin Group Litigation, and the Estate Defendants were defendants in The 2004 Litigation.  As in the instant case, at issue in The 2004 Litigation and The Penguin Group Litigation was, among other things, the right of the Estate of Elaine Steinbeck under a 1983 settlement agreement to exercise the complete power and authority to negotiate, authorize and take action with respect to the exploitation and/or termination of rights in the works of John Steinbeck.  Thus, the attached court records have "a direct relation to matters at issue" in this case, and the Court should take judicial notice of them.

DATED:  June 1, 2015         JENNER & BLOCK LLP


　　　　　　　　　　　　　　　　　/s/ Susan J. Kohlmann
　　　　　　　　　　　　　　　　Susan J. Kohlmann

*Counsel for Defendants Waverly Scott Kaffaga, Jean Anderson Boone, David Scott Farber, Anderson Farber King, Jebel Kaffaga, and Bahar Kaffaga*