# Exhibit 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS STEINBECK, an individual; and BLAKE SMYLE, an individual,
    *Plaintiffs and Counterclaim Defendants,*

NANCY STEINBECK, an individual,
    *Intervenor-Plaintiff,*

v.

MCINTOSH & OTIS, INC., a New York corporation; THE STEINBECK HERITAGE FOUNDATION, a non-profit New York corporation; EUGENE H. WINICK, an individual; SAMUEL PINKUS, an individual; JEAN ANDERSON BOONE, an individual; FRANCIS ANDERSON ATKINSON, an individual; WAVERLY SCOTT KAFFAGA, an individual and Executor of the Estate of Elaine Anderson Steinbeck; DAVID SCOTT FARBER, an individual; ANDERSON FARBER RUNKLE, an individual; JEBEL KAFFAGA, an individual; BAHAR KAFFAGA, an individual; and STEVEN FRUSHTICK, an individual; and Does 1-10,
    *Defendants and Counterclaim Plaintiffs.*

No. 04-CV-5497 (RO)

---

PENGUIN GROUP (USA) INC.
    *Plaintiff,*
v.

THOMAS STEINBECK and BLAKE SMYLE,
    *Defendants.*

No. 04-CV-6795 (RO)

## ORDER CERTIFYING UNDER F.R.C.P. RULE 54(b)

This Court, having considered the Motion for Certification of its June 9, 2006 Order for Appeal to the Second Circuit filed by Defendants and Counterclaim Plaintiffs Waverly Scott Kaffaga (individually and as Executor of the Estate of Elaine Anderson Steinbeck), David Scott Farber, Anderson Farber Runkle, Jebel Kaffaga, Bahar Kaffaga, and Jean Anderson Boone (the "Steinbeck Defendants"), and having reviewed the opposition submitted by Thomas Steinbeck and Blake Smyle, wherein Thomas Steinbeck and Blake Smyle state that they do not oppose certification of the Court's June 9, 2006 Order in so far as it relates to the Penguin Termination

Notice, hereby directs entry of judgment pursuant to Rule 54(b) with respect to the validity of the Penguin Termination Notice and expressly determines that there is no just reason for delaying such entry of judgment with respect to the Penguin Termination Notice because the June 9, 2006 Order constitutes a final adjudication as to at least one party and one claim in the action.

Penguin Group (USA), Inc., sought declaratory judgment as to the validity of a Notice of Termination issued by Thomas Steinbeck and Blake Smyle on June 13, 2004 pursuant to Section 304(d) (the "Penguin Termination Notice") in Civil Action No. 04-CV-6795. The validity of the Penguin Termination Notice was also contested by the Steinbeck Defendants by way of a counterclaim in Civil Action No. 04-CV-5497. In the interest of judicial efficiency, this Court consolidated these two cases for purposes of summary judgment due to the overlap in legal and factual issues relating to the validity of the Penguin Termination Notice.

In its June 9, 2006 Order, this Court conclusively decided the motions and cross-motions for summary judgment submitted by all parties on the issue of the Penguin Termination Notice, as well as other issues relating to the validity of four other notices of termination at issue in Civil Action No. 04-CV-5497. As the Penguin Termination Notice was the *only claim* at issue in Civil Action No. 04-CV-6795 and Penguin has now filed a notice of appeal of this claim with the Second Circuit, this Court finds that there is no just reason to delay entry of judgment so as to enable all parties to appeal the validity of the Penguin Termination Notice and have the appeal heard only once by a single panel.

Moreover, the Court finds that the validity of the Penguin Termination Notice as resolved by the June 9, 2006 Order is distinct, separate and independent from the remaining claims and counterclaims in Civil Action No. 04-CV-5497 such that judicial administrative interests would best be served by an immediate appeal.

By entry of this Certification Order, Thomas Steinbeck, Blake Smyle, and the Steinbeck Defendants have not waived their rights to seek certification of the entirety of the Court's June 9, 2006 Order and further, reserve their rights to proceed with certification pursuant to 28 U.S.C. § 1292(b) should it become necessary.

SO ORDERED.

_____
Hon. Richard Owen,
U.S. District Judge S.D.N.Y.