# Exhibit 5

A-927
ORIGINAL

PILLSBURY WINTHROP SHAW PITTMAN LLP
Susan J. Kohlmann (SK-1855)
Carolina A. Fornos (CF-6689)
1540 Broadway
New York, NY 10036
Telephone: (212) 858-1000
*Attorneys For Defendants and Counterclaim Plaintiffs
Waverly Scott Kaffaga,* as an individual and Executor of the
Estate of Elaine Anderson Steinbeck, *David Scott Farber,
Anderson Farber Runkle, Jebel Kaffaga, Bahar Kaffaga,
and Jean Anderson Boone*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THOMAS STEINBECK, an individual; and BLAKE SMYLE, an individual,
  *Plaintiffs and Counterclaim Defendants,*

NANCY STEINBECK, an individual,
  *Intervenor-Plaintiff,*

v.

MCINTOSH & OTIS, INC., a New York corporation; THE STEINBECK HERITAGE FOUNDATION, a non-profit New York corporation; EUGENE H. WINICK, an individual; SAMUEL PINKUS, an individual; JEAN ANDERSON BOONE, an individual; FRANCIS ANDERSON ATKINSON, an individual; WAVERLY SCOTT KAFFAGA, an individual and Executor of the Estate of Elaine Anderson Steinbeck; DAVID SCOTT FARBER, an individual; ANDERSON FARBER RUNKLE, an individual; JEBEL KAFFAGA, an individual; BAHAR KAFFAGA, an individual; and STEVEN FRUSHTICK, an individual; and Does 1-10,

  *Defendants and Counterclaim Plaintiffs.*

No. 04-CV-5497 (RO)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Waverly Scott Kaffaga, as an individual and Executor of the Estate of Elaine Anderson Steinbeck, David Scott Farber, Anderson Farber Runkle, Jebel Kaffaga, Bahar Kaffaga, and Jean Anderson Boone, Defendants and Counterclaim Plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Second

**928**

Circuit that part of the Opinion and Order dated June 8, 2006 of the Honorable Richard Owen, United States District Judge, entered in this action on June 9, 2006 (the "June 9, 2006 Order"), which relates to the validity of a notice of termination issued by Plaintiffs and Counterclaim Defendants Thomas Steinbeck and Blake Smyle to Penguin Group (USA) Inc. ("Penguin") and the Estate of Elaine Steinbeck on June 13, 2004 (the "Penguin Termination Notice").

The June 9, 2006 Order was certified for appeal with respect to the aforementioned Defendants and Counterclaim Plaintiffs on August 4, 2006 solely with respect to the validity of the Penguin Termination Notice. The Penguin Termination Notice is also the subject of another appeal before the Second Circuit captioned *Penguin Group (USA), Inc. v. Steinbeck*, Docket No. 06-3226 cv, filed on July 6, 2006, also arising from the June 9, 2006 Order.

Dated: August 4, 2006
New York, New York

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: 

Susan J. Kohlmann (SK-1855)
Carolina A. Fornos (CF-6689)
1540 Broadway
New York, NY 10036
(212) 858-1000
*Attorneys For Defendants and Counterclaim Plaintiffs Waverly Scott Kaffaga,* as an individual and Executor of the Estate of Elaine Anderson Steinbeck, *David Scott Farber, Anderson Farber Runkle, Jebel Kaffaga, Bahar Kaffaga, and Jean Anderson Boone*

TO:

Alon M. Markowitz, Esq.
Mark Lee, Esq.
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

2

A-929

*Counsel for Plaintiff and Counterclaim Defendants Thomas Steinbeck and Blake Smyle, Civ. A. No. 04-5497; Counsel for Defendants in Penguin Group (USA) Inc., Civ. A. No. 04-6795*

Elizabeth McNamara, Esq.
Lance Koonce, Esq.
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, Suite 2700
New York, New York 10019
(212) 489-8230
*Attorneys for Defendants McIntosh & Otis, Inc., Eugene H. Winick, and Samuel Pinkus, Civ. A. No. 04-5497*

Sanford Hausler, Esq.
COX PADMORE SKOLNIK & SHAKARCHY LLP
630 Third Avenue
New York, New York 10017
(212) 953-6633
*Attorneys for Intervenor-Plaintiff Nancy Steinbeck, Civ. A. No. 04-5497*

Richard Dannay, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
(212) 790-9200
*Attorneys for Plaintiff Penguin Group (USA) Inc., Civ. A. No. 04-6795*