David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (310) 307-4555
Facsimile: (310) 307-4570

Joshua G. Graubart (*pro hac vice* pending)
*jggraubart@graubartlaw.com*
LAW OFFICES OF JOSHUA GRAUBART, P.C.
6 E. 39th Street, 6th Floor
New York, NY  10016
Telephone:  (646) 781-9321
Fax:  (646) 224-8088

*Attorneys for Defendant*
DRAMATISTS PLAY SERVICE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEINBECK, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WAVERLY SCOTT KAFFAGA, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 14-cv-08681-TJH-FFM<br><br>**DECLARATION OF TREVOR V. STOCKINGER IN SUPPORT OF DRAMATISTS PLAY SERVICE, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: July 27, 2015<br>Hearing Time: UNDER SUBMISSION<br>Courtroom:　Hon. Terry J. Hatter, Jr.<br>　　　　　　Courtroom 17<br>　　　　　　312 N. Spring Street<br>　　　　　　Los Angeles, California |

I, Trevor V. Stockinger, hereby declare:

1. I am an attorney duly licensed to practice law in the Federal District Court for the Central District of California, a partner in the law firm of Kesselman Brantly Stockinger LLP ("KBS") and counsel of record for the Defendant Dramatist Play Service, Inc. ("DPS"), in the above referenced action. If called upon to testify I could and would testify competently to the information set forth herein.

2. On May 27, 2015, in an effort to substantially comply with Local Rule 7-3, I telephoned Kenneth Freundlich and Michael Kaiser of Freundlich Law, counsel for Plaintiffs, to discuss the substance of DPS's motion to dismiss. During that conversation, we discussed the specific bases of its motion and Plaintiffs' counsel asked questions concerning those bases.

3. The next day, on May 28, 2015, I sent an email to Plaintiffs' counsel memorializing our conversation and restating the bases for DPS's motion to dismiss. Plaintiffs' counsel responded that "we do have a dispute which cannot be reconciled and you therefore should bring your motion…." In addition, Plaintiffs' counsel "reserved all rights" relating to the "lateness" of the meet and confer. A true and correct of that email exchange is attached as Exhibit A.

4. I responded to Plaintiffs' counsel thanking him for closing out the meet and confer. In response to his reservation of rights, I noted that, for several reasons, Plaintiffs were not prejudiced by the short two-day delay in meeting and conferring. In addition, I noted that Plaintiffs' counsel could not be surprised that DPS was bringing a motion to dismiss given that, in April, Defendants' counsel believes they informed Plaintiffs' counsel that Defendants, including DPS, would be filing motions to dismiss. A true and correct copy of my responsive email is attached as Exhibit B.

/ / /

/ / /

CASE NO. 14-cv-08681-TJH-FFM
STOCKINGER DECLARATION ISO DRAMATISTS PLAY SERVICE, INC.'S MOTION TO DISMISS

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct
3     Executed this 1st day of June, 2015, at Los Angeles, California.

                                      */s/ Trevor V. Stockinger*
                                        Trevor V. Stockinger