# EXHIBIT A

**Trevor Stockinger**

| | |
|---|---|
| **From:** | Kenneth Freundlich <ken@freundlichlaw.com> |
| **Sent:** | Thursday, May 28, 2015 11:41 AM |
| **To:** | Trevor Stockinger; Michael Kaiser |
| **Cc:** | Joshua Graubart |
| **Subject:** | RE: Meet and Confer Follow-Up |

We did not know you would be procedurally attacking our compliant on a motion to dismiss until you called yesterday. The lateness of your meet and confer efforts is of record and we reserve all rights.

That said, on substance we do have a dispute which cannot be reconciled and you therefore should bring your motion on these stated grounds should you so choose.

Best regards,

Ken.

Kenneth D. Freundlich
FREUNDLICH LAW
16133 Ventura Blvd. Suite 1270
Encino, CA 91436
ph1: (818) 377-3790
ph2: (310) 275-5350
F: (310) 275-5351
ken@freundlichlaw.com
www.freundlichlaw.com

 Please consider the environment before printing this e-mail

The information contained in this e-mail transmission, including any previous messages or attachments to it, is intended only for the personal and confidential use of the recipient(s) named above. This message contains information that may be an attorney-client communication and/or work product and as such is proprietary, confidential and/or privileged. If you have received this transmission in error, please delete the original transmission, without making copies, disclosing, distributing, saving or making use of it in any manner (all of which acts are strictly prohibited by law), and so notify the sender by reply e-mail.

**From:** Trevor Stockinger [mailto:tstockinger@kbslaw.com]
**Sent:** Thursday, May 28, 2015 11:31 AM
**To:** Kenneth Freundlich; Michael Kaiser
**Cc:** Joshua Graubart
**Subject:** Meet and Confer Follow-Up

Ken and Michael,

This follows-up and memorializes our meet and confer yesterday concerning Dramatist Play Service's Motion to Dismiss.

As I mentioned on the phone, Dramatist Play Service's primary argument is that the termination notice served on DPS concerning the Of Mice and Men property is invalid.  Under the 1983 agreement, Plaintiffs

granted Elaine Steinbeck "the complete power and authority" to take action concerning termination rights and that agreement binds and is descendible to Elaine Steinbeck's heirs.  As I said, those conclusions are supported by the 2nd Circuit in *Steinbeck v. Steinbeck Heritage Found.,* 400 Fed. Appx. 572, 575 (2nd Cir. 2010) and the Southern District of New York in *Steinbeck v. McIntosh & Otis, Inc.,* 2009 U.S. Dist. LEXIS 34841 at *12.  In addition, the 1983 Agreement is not an "agreement to the contrary" as it does not undermine the Congressional purpose of Section 304. *See Milne v. Stephen Slesinger, Inc.,* 430 F.3d 1036, 1043-47 (9th Cir. 2005)*; Penguin Group, Inc. v. Steinbeck,* 537 F.3d 193, 202-204 (2nd Cir. 2009).

In addition, as I also mentioned, DPS may further argue that even were the termination notice to be valid, Plaintiff has an implied license from Elaine Steinbeck and the Estate who has continued to allow DPS to exploit the Of Mice and Men property.

Based on the allegations in your Complaint concerning the 1983 agreement, it appears that Plaintiffs anticipated these arguments and do not plan to agree to a dismissal of their suit against DPS based on them.  Please let me know if your view is otherwise.

Trevor