David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, California 90266
Telephone: (310) 307-4555
Facsimile: (310) 307-4570

Joshua G. Graubart (*pro hac vice* application to be filed)
*jggraubart@graubartlaw.com*
LAW OFFICES OF JOSHUA GRAUBART, P.C.
6 E. 39th Street, 6th Floor
New York, NY 10016
Telephone: (646) 781-9321
Fax: (646) 224-8088

*Attorneys for Defendant*
DRAMATISTS PLAY SERVICE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEINBECK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAVERLY SCOTT KAFFAGA, *et al.*, <br><br> Defendants. | CASE NO. 14-cv-08681-TJH-GJSx <br><br> **DRAMATISTS PLAY SERVICE, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Dramatists Play Service, Inc. certifies that the following listed parties hold shares of Dramatists Play Service, Inc. and therefore may have a pecuniary interest in the outcome of this case.

The Dramatists Guild of America, Inc. (a New York not-for-profit corp.)

Mary Harden, trustee on behalf of Harden-Curtis Agency

Patrick Herold, trustee on behalf of ICM Artists

Jonathan Lomma, trustee on behalf of WME Entertainment.

DATED: June 2, 2015         By:   */s/ Trevor V. Stockinger*

KESSELMAN BRANTLY STOCKINGER LLP
David W. Kesselman
Trevor V. Stockinger

LAW OFFICES OF JOSHUA GRAUBART
Joshua G. Graubart

Attorneys for Defendant
DRAMATISTS PLAY SERVICE, INC.