Kenneth D. Freundlich (SBN: 119806)
Michael J. Kaiser (SBN: 258717)
FREUNDLICH LAW
16133 Ventura Blvd. Suite 1270
Encino, CA 91436
P: (310) 275-5350
P: (818) 377-3790
F: (310) 275-5351
E-Mail:   ken@freundlichlaw.com
          mkaiser@freundlichlaw.com

*Attorneys for Plaintiffs*
THOMAS STEINBECK and BLAKE SMYLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEINBECK, an individual; and BLAKE SMYLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WAVERLY SCOTT KAFFAGA, an individual and as executrix of the ESTATE OF ELAINE STEINBECK; JEAN ANDERSON BOONE, an individual; DAVID SCOTT FARBER, an individual; ANDERSON FARBER KING, an individual; JEBEL KAFFAGA, an individual; BAHAR KAFFAGA, an individual; DRAMATISTS PLAY SERVICE, a New York Corporation; MCINTOSH & OTIS, INC., a New York Corporation; and Does 1-10, inclusive,<br><br>Defendants. | No. 14-cv-08681-TJH-GJS<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:       July 27, 2015<br>Time:       UNDER SUBMISSION<br>Courtroom:  17 – Spring Street |

1

Case No. 14-cv-08681-TJH-GJS

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Thomas Steinbeck ("T. Steinbeck") and Blake Smyle ("Blake") (collectively, "Plaintiffs") hereby respectfully request that the Court take judicial notice of the following document pursuant to Federal Rule of Evidence 201:

1. A true and correct copy of the November 2008 Mandate issued to the United States District Court for the Southern District of New York by the United States Court of Appeals for the Second Circuit in *Penguin Group (USA) Inc., et al. v. Thomas Steinbeck, et al.* (Docket Nos. 06-3226-cv, 06-3696-cv), which is attached as **Exhibit 1** (the "Mandate").

## MEMORANDUM OF POINTS AND AUTHORITIES

As the Estate Defendants correctly state on p.2 of their Request for Judicial Notice:

> Federal Rule of Evidence 201(b) authorizes this Court to take judicial notice of any fact that is "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Under this Rule, the Court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (quoting *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of "pleadings, memoranda, expert reports, etc." from federal litigation in the Eastern District of New York and Second Circuit Court of Appeals).

Here, the Mandate has a "direct relation" to the issue in the instant case of Plaintiffs' contention that the stipulated judgment entered by Judge George B. Daniels of the Southern District of New York on December 2, 2009 in *Thomas

*Steinbeck, et al. v. McIntosh & Otis, et al.*, 04-CIV-5497 (GBD) (Ex. 6 to the Estate's RJN) does not affect the preclusive effect of Judge Richard Owen's June 8, 2006 summary judgment ruling in that same case, 433 F.Supp.2d 395, a ruling which was in favor of Plaintiffs as to the validity of *The Long Valley* and *The Red Pony* Copyright termination notices. *See* Plaintiffs' Opp. to Defs.' MTDs at 12-16.

Accordingly, Plaintiffs respectfully request that the Court take judicial notice of the Mandate.

Dated: June 29, 2015

FREUNDLICH LAW

_____

Kenneth D. Freundlich
Michael J. Kaiser
Attorneys for Plaintiffs
THOMAS STEINBECK and BLAKE SMYLE

---

3

Case No. 14-cv-08681-TJH-GJS

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**