# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| THOMAS STEINBECK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAVERLY SCOTT KAFFAGA, *et al.*, <br><br> Defendants. | CV 14-08681 TJH (FFMx) <br><br><br> Order <br><br> JS-6 |

The Court has considered Defendants' motion to dismiss, with the moving and opposing papers.

Plaintiffs have litigated these claims *ad nauseum*. *Penguin Group (USA) Inc., v. Steinbeck*, 537 F.3d 193 (2008); *Steinbeck v. McIntosh & Otis, Inc.*, 400 F. Appx. 572 (2d Cir. 2010), *cert. denied*, 556 U.S. 1253, 129 S. Ct. 2383 (2009), 173 L. Ed. 2d 1326 (2009); *Steinbeck v. Steinbeck Heritage Found.*, 400 F. Appx 572, 579 (2d Cir. 2010), *cert. denied*, __ U.S. __, 131 S. Ct. 2991, 180 L. Ed. 2d 836 (2011).

. . . . . .

Plaintiffs are attempting to use this Court, after having exhausted their attempts in the Second Circuit, to revoke the validity of the 1983 agreement to recover rights to the Steinbeck Works, after Plaintiffs, cognizant of the value inherent in copyrights of the Steinbeck Works, signed over control and authority to Elaine Steinbeck (Estate).

This action is barred by collateral estoppel.

**It is Ordered**, that Defendants' motion to dismiss be, and hereby is, **Granted**, with prejudice.

Date: August 11, 2015

_____
Terry J. Hatter, Jr.
Senior United States District Judge