# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| THOMAS STEINBECK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAVERLY SCOTT KAFFAGA, *et al.*, <br><br> Defendants. | CV 14-08681 TJH (FFMx) <br><br><br> Judgment |

Having issued an order granting Defendants' motions to dismiss, with prejudice, the First Amended Complaint,

It is hereby Ordered, Adjudged and Decreed that Judgment be, and hereby is, Entered in favor of Defendants and against Plaintiffs Thomas Steinbeck and Blake Smiley.  Plaintiffs Thomas Steinbeck and Blake Smiley shall take nothing.

Date: August 31, 2015

_____
Terry J. Hatter, Jr.
Senior United States District Judge